**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equal Employment Opportunity Commission,

           Plaintiff,

v.

BNSF Railway Company,

           Defendant.

Miscellaneous No. 11-0019 (JNE/JJG)

**ORDER ON REPORT AND**
**RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed to

that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the

files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the EEOC's Application for Order to Show

Cause Why a Subpoena Should Not be Enforced (Doc. No. 1) is **GRANTED IN PART**

and **DENIED IN PART**.  The subpoena shall be enforced to the extent that it requests

names and medical information for all job applicants nationwide who were not hired as

track laborers between January 1, 2007 and April 30, 2010.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  6-8-2011

s/  Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge